# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140061

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                              SC: 140061
                              COA: 293790
WASH GREEN, III,
              Defendant-Appellant.                   Cass CC: 09-010044-FH

_____/

      On order of the Court, the application for leave to appeal the October 7, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2010                                   _____

d0419                                           Clerk